**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| In re:   Susan L. Pride | CASE NO.   12-50523 |
|---|---|
| DEBTOR(S) | CHAPTER:   13 |

| Susan L. Pride,<br><br>MOVANT(S)<br><br>v.<br><br>Jormandy, LLC<br><br>RESPONDENT(S) | **MOTION TO AVOID LIEN** |
|---|---|

**PRE-HEARING ORDER**

A Motion to Avoid Lien pursuant to 11 U.S.C. §522 (f) has been filed, therefore, it is

**ORDERED**

1. The Respondent(s) shall file such responsive pleading as is deemed appropriate within twenty-one (21) days from the date of docketing of this Pre-Hearing Order. As part of the responsive pleading, the Respondent(s) shall indicate whether controversy exists as to the authenticity of any documents involved in the motion and shall specify the disputed documents. Upon the filing of a responsive pleading, a "contested matter" shall exist.

   **Failure to file a responsive pleading shall be deemed consent by the non-responding party to the relief requested by the Movant(s) and a waiver of any further notice or opportunity for hearing. Upon default, Movant(s) may prepare and file for entry a default judgment order and there will be no necessity for appearance of counsel as long as the order is filed with the Court prior to the hearing date.**

2. To the extent that they are not attached as exhibits to the Motion, within **seven (7) days** from the date of this Pre-Hearing Order, the Movant(s) shall file with the Court and serve on each Respondent the following:

   a. A true copy of all documents upon which the Movant(s) will rely at the time of the hearing.

   b. Any affidavit in lieu of testimony which the Movant intends to rely upon at hearing.

3. In contested matters, the attorneys for the parties are directed to confer with respect to the issues raised by the Motion in advance of hearing for the purpose of determining whether a consent order may be entered and/or for the purpose of stipulating to relevant facts.

4. In contested matters, on the working day prior to hearing, counsel shall file with the Court three copies of all exhibits to be introduced at the hearing.

5. All counsel and the parties shall comply with this Order and failure to do so will result in imposition of appropriate sanctions and/or dismissal of the proceeding.

Dated: May 2, 2012

                                                                                            *Ross W. Krumm*
                                                                                            **ROSS W. KRUMM, JUDGE**

olak.frm
revised 11/12/04