**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**(Harrisonburg Division)**

```
-------------------------------------------------------X
In re:                                                 :    Chap. 13
                                                       :
Susan L. Pride                                         :    No. 12-50523
                                                       :
        Debtor.                                        :
                                                       :
-------------------------------------------------------X
                                                       :
Susan L. Pride,                                        :
                                                       :
        Movant                                         :
v.                                                     :
                                                       :
Jormandy, LLC                                          :
                                                       :
        Respondent                                     :
-------------------------------------------------------X
```

<u>ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN OF JORMANDY, LLC,
ON REAL PROPERTY</u>

Upon consideration of the Debtor's Motion to Avoid the Judicial Lien of Jormandy, LLC, on her residence, and after notice and hearing, there having been no timely response thereto, and it appearing that debtor claimed as exempt her residence at 1545 Collinsville Road, Cross Junction, VA 22625, which is subject to a judicial lien in favor of Jormandy, LLC, as a result of the judgment against the Debtor entered in the Frederick County, Virginia, General District Court, Case No. GV10-001053-00, in the amount of $11,008.58 with interest at 6% per annum from the date of judgment, and $56.00 costs, which judgment was docketed in the Frederick County Circuit Court on September 9, 2010, as Instrument No. 100004042; and that because the total of the

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

Debtor's exemption and the amount of the prior liens exceeds the value of the property, the judicial lien is completely avoidable under 11 U.S.C. § 522(f) as impairing the Debtor's exemption, it is hereby

ORDERED that the lien of the judgment in favor of Jormandy, LLC, docketed in the Frederick County Circuit Court on September 9, 2010, as Instrument No. 100004042, is hereby AVOIDED in its entirety from the Debtor's real property located at 1545 Collinsville Road, Cross Junction, VA 22625, having a legal description:

ALL OF THAT CERTAIN LOT OR PARCEL OF LAND, TOGETHER WITH THE IMPROVEMENTS THEREON, RIGHTS OF WAY PRIVILEGES. AND THE APPURTENANCES THEREUNTO BELONGING, CONTAINING 6.869 ACRES, MORE OR LESS, LYING AND BEING SITUATE ON THE WESTERN SIDE OF ROUTE 693, IN GAINESBORO MAGISTERIAL DISTRICT, FREDERICK COUNTY, VIRGINIA, AND MORE PARTICULARLY DESCRIBED ON THAT CERTAIN PLAT AND SURVEY DRAWN BY THOMAS A. SHOCKEY, CLS, DATED SEPTEMBER 19,1978, ATTACHED TO A DEED DATED OCTOBER 12, 1978, AND RECORDED IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF FREDRICK COUNTY, VIRGINIA, IN DEED BOOK 499, AT PAGE 523.

It is FURTHER ORDERED, that should the Debtor's case be dismissed other than under 11 U.S.C. § 742, then the lien of Jormandy, LLC will be automatically reinstated pursuant to 11 U.S.C. § 349(b)(1)(B).

Dated: May 29, 2012

_____Ross W. Krumm_____
Judge, U.S. Bankruptcy Court

I ASK FOR THIS:

  /s/ Daniel M. Press  
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

2